UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON KELLER,

    Plaintiff,

v.

CLEAN HARBORS, INC.,

    Defendants.
                                        /

Case No. 17-11807

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S MARCH 30, 2018 REPORT AND RECOMMENDATION DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [26]

Currently before the Court is Magistrate Judge Stafford's March 30, 2018 Report and Recommendation [26] on Plaintiff's Motion for Preliminary Injunction [18]. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's Report and Recommendation [26].

It is further ordered that Plaintiff's Motion for Preliminary Injunction [18] is DENIED.

SO ORDERED.

                                        s/Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: April 23, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 23, 2018, by electronic and/or ordinary mail.

                                                  s/Lisa Bartlett
                                                  Case Manager