**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SHANNON KELLER,

    Plaintiff,

v.

CLEAN HARBORS, INC,

    Defendant.

_____/

Case No. 17-11807

Honorable Nancy G. Edmunds

## **ORDER GRANTING DEFENDANT'S MOTION FOR COSTS [75]**

Pending before the Court is Defendant's motion to review the Clerk's denial of Defendant's bill of costs. (ECF No. 75.) The Clerk denied Defendant's request for costs associated with court reporter fees because Defendant failed to document how the deposition transcripts were utilized as required by the Local Rules of this Court. (ECF No. 74.) In its Motion, Defendant argues the Clerk erred and asks the Court to award $2,942.50 in costs associated with deposition transcripts that Defendant used in support of its motion for summary judgment (ECF No. 45). Plaintiff did not respond or otherwise object to Defendant's motion for costs.

Having reviewed the record in this matter, the Court finds Defendant's Motion should be **GRANTED**. In granting the motion, the Court finds that the Clerk did not err in denying Defendant's bill of costs. Defendant neither attached the excerpts of the deposition transcripts used in its motion for summary judgment, nor identified the page numbers of its motion for summary judgment where the deposition transcript was referenced, as clearly required by the Bill of Costs Handbook Section II(C). Notwithstanding, the Court re-reviewed Defendant's motion for summary judgment and

1

finds that the deposition transcripts were in fact utilized extensively by Defendant in support of that motion.  Accordingly, pursuant to Rule 54, the Court finds that Defendant, as the prevailing party, is entitled to an award of costs in the amount of $2942.50.  Such costs shall be taxed against Plaintiff.

**SO ORDERED.**

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated:  March 16, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2020, by electronic and/or ordinary mail.

                                          s/Lisa Bartlett
                                          Case Manager